UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CDA TECHNICAL INSTITUTE, INC.,

      CIVIL ACTION NO.: 3:23-cv-1327

    Plaintiff,

v.

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.
_____/

## CIVIL ACTION COMPLAINT

Plaintiff, CDA TECHNICAL INSTITUTE, INC., by and through its counsel, files this Complaint against Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY, as follows:

### INTRODUCTION

1. This is an action by the Plaintiff, homeowner, against his insurance carrier, WRIGHT NATIONAL FLOOD INSURANCE COMPANY ("Wright"), for benefits owed under the flood insurance policy, which have not been paid, as a result of Hurricane Ian.

2. Plaintiff purchased a flood insurance policy from Wright, which participated in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), and consequently issued the federal Standard Flood Insurance Policy ("SFIP") to Plaintiff.

1

3. Wright failed to pay the damages due and owing under the insurance policy.

## PARTIES

4. Plaintiff, CDA TECHNICAL INSTITUTE, INC. ("Plaintiff"), is a Florida corporation owning property located at 91 Trout River Dr, Jacksonville, FL 32208.

5. Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY, is an insurance company authorized to do business in the State of Florida.

## JURISDICTION

6. This Court has jurisdiction of this action pursuant to the National Flood Insurance Act, specifically 42 U.S.C. § 4001, *et seq*.

## COUNT ONE – BREACH OF CONTRACT

7. Plaintiff, at all relevant times, has been the owner of certain real property located 91 Trout River Drive, Jacksonville, FL 32208.

8. Plaintiff purchased a flood insurance policy, Policy Number 091150778725 10 (the "Policy") from Wright, which covered the property at issue in this matter. A copy of the declaration page is attached hereto as **Exhibit A**.

9. 91 Trout River Drive, Jacksonville, FL 32208 has three (3) buildings insured by Defendant under separate policies; this action concerns Building 2/3, the Dorm and Shower Building, as identified by the Policy. *Id.*

10. All premiums on the Policy were paid, and the Policy was in full force and effect at all relevant times herein.

11. On or about September 28, 2022, Hurricane Ian caused extensive flooding to the east coast of Florida.

12. Hurricane Ian was a flood event, a covered risk under the Policy.

13. Plaintiff's property sustained extensive damage as a result of flood waters associated with Hurricane Ian.

14. Following Hurricane Ian, Plaintiff properly and promptly submitted an insurance claim to Wright for damage to the property caused by flood waters associated with Hurricane Ian.

15. Defendant assigned the claim as claim number 22-0005004.

16. On or about September 26, 2023, Plaintiff submitted a Proof of Loss to Wright pursuant to the terms of the Policy. A copy of the Proof of Loss is attached hereto as **Exhibit B**.

17. Wright has breached the terms of the Policy by failing and refusing to pay all amounts due to Plaintiff pursuant to the terms of the Policy.

18. Plaintiff has complied with all conditions precedent to the bringing of this action or, in the alternative, Wright has waived same.

19. As a result of Wright's breach, Plaintiff have suffered damages, including the amounts to which they are legally entitled to recover under the terms of the subject Policy.

**WHEREFORE**, Plaintiff, CDA TECHNICAL INSTITUTE, INC., brings this action against Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY and request the following relief:

1. Entry of judgment in Plaintiff's favor for all amounts to which it is entitled under the terms of the Policy; and

2. An award of the costs of this action.

Dated:  November 8, 2023.

**MERLIN LAW GROUP, P.A.**

*/s/ Anthony Angelone*
ANTHONY ANGELONE, ESQUIRE
Florida Bar No.: 1025269
ASHLEY N. HARRIS, ESQUIRE
Florida Bar No.: 105576
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Tel.: (813) 229-1000
Fax: (813) 229-3692
aangelone@merlinlawgroup.com
aharris@merlinlawgroup.com
harrispleadings@merlinlawgroup.com
*Counsel for Plaintiff*

# EXHIBIT A

# EXHIBIT B