UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CDA TECHNICAL INSTITUTE, INC.,**

    Plaintiff,

v.                                           CASE NO: 3:23-cv-01327-HES-LLL

**WRIGHT NATIONAL FLOOD INSURANCE COMPANY,**

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 3.09**

Plaintiff, CDA TECHNICAL INSTITUTE, INC., by and through the undersigned counsel, hereby files this Notice of Settlement Pursuant to Local Rule 3.09 and advises the Court that the parties to the above-captioned matter have reached a settlement. The parties will file the appropriate stipulation for dismissal upon confirmation that the terms of the settlement agreement have been performed.

                                                   Respectfully submitted,

                                                   **MERLIN LAW GROUP, PLLC**

                                                   */s/ Ashley N. Harris*
                                                   ANTHONY ANGELONE, ESQ.
                                                   Fla. Bar No. 1025269
                                                   ASHLEY N. HARRIS, ESQUIRE
                                                   Florida Bar No.: 105576

777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Tel.: (813) 229-1000
Fax: (813) 229-3692
aangelone@merlinlawgroup.com
aharris@merlinlawgroup.com
harrispleadings@merlinlawgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2025, a true and correct copy of the foregoing has been filed with the Clerk of Court via the CM/EFC system.  I further certify that a true and correct copy of the forgoing has been furnished via electronic mail via the CM/ECF system to **Joel Morgan, Esq.,** BUTLER SNOW, LLP, joel.morgan@butlersnow.com, christina.citino@butlersnow.com.

/s/ *Ashley N. Harris*
ASHLEY N. HARRIS, ESQ.