UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CDA TECHNICAL
INSTITUTE, INC.,

    Plaintiff,

v.                                      Case No. 3:23-cv-1327-HES-LLL

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

This matter is before this Court on "Plaintiff's Notice of Settlement Pursuant to Local Rule 3.09" (Dkt. 24). The parties inform this Court that they have settled this case. (*Id.*)

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk will terminate all pending motions and close this file.

DONE and ORDERED in Jacksonville, Florida this 1st day of August 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Anthony Angelone, Esq.
Ashley Noelle Harris, Esq.
Joel Wayne Morgan, Esq.