UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CDA TECHNICAL
INSTITUTE, INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Case Nos. 3:23-cv-1327-HES-LLL
　　　　　　　　　　　　　　　　　　　　　　　　3:23-cv-1328-HES-MCR
　　　　　　　　　　　　　　　　　　　　　　　　Consolidated

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This matter is before this Court on the parties' "Joint Stipulation[s] of Dismissal With Prejudice" in these consolidated cases. 3:23-cv-1327, Dkt. 27; 3:23-cv-1328, Dkt. 23. The parties request that this matter be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own attorney's fees and costs. (*Id.*)

Accordingly, it is **ORDERED**:

1. The parties' "Joint Stipulation[s] of Dismissal With Prejudice" (3:23-cv-1327, Dkt. 27; 3:23-cv-1328, Dkt. 23) are **GRANTED**;

2. These consolidated actions—3:23-cv-1327 and 3:23-cv-1328—are dismissed with prejudice under Federal Rule of Civil Procedure

41(a)(1)(A)(ii), with each party to bear its own fees and costs; and

3. The Clerk is directed to terminate all pending motions and close the files in cases 3:23-cv-1327 and 3:23-cv-1328.

**DONE and ORDERED** in Jacksonville, Florida this ___3rd___ day of October 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Anthony Angelone, Esq.
Ashley Noelle Harris, Esq.
Joel Wayne Morgan, Esq.